IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| LILLIE B. OWENS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) 1:04-CV-1114-B |
| | ) [wo] |
| WAYNE FARMS, LLC. | ) |
| | ) |
| Defendant. | ) |

## **O R D E R**

Pursuant to the *Joint Stipulation of Dismissal* (Doc. 24, filed Nov. 21, 2005), for good cause, it is hereby **ORDERED** that this cause of action is **dismissed with prejudice** and costs taxed as paid.

It is further **ORDERED** that the final pretrial conference set for April 13, 2006 and the jury trial set for July 31, 2006 are both CANCELLED.

Done this 23rd day of November, 2005.

　　　　　　　　　　　　　　　　/s/ Delores R. Boyd
　　　　　　　　　　　　　　　　DELORES R. BOYD
　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE